Jason J. Thompson (*admitted pro hac vice*)
jthompson@sommerspc.com
Jesse L. Young (*admitted* p*ro hac vice*)
jyoung@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

*Counsel for Plaintiff and Proposed Class and Collective Members*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TYRELL GLASS, DUSTIN SCHNATZ**, and **JORDAN TERRADO**, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br>v.<br><br>**FMM ENTERPRISES, INC., EC LENDING, LLC**, **GTPD ENTERPRISES, INC., PREMIER DOCUMENTS, LLC, d/b/a MACKLOCK NATIONAL CREDIT, LLC**, **CYNTHIA WALSH, RYAN MCAWEENEY, NEIL BILLOCK**, and **DOES 1-10**, jointly and severally, as<br><br>Defendants. | Case No.: 3:17-cv-00563-JAH-KSC<br><br>**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY** |

Pursuant to Civil Local Rule 83.3(f)(3), attorney Jesse L. Young hereby moves this Court for permission to withdraw as counsel for Plaintiffs. In support of this Motion, Mr. Young states as follows:

1. Mr. Young is one of the co-counsel on this matter.

2. All other counsel of record for Plaintiffs continue to serve as counsel for Plaintiffs.

3. No party will be prejudiced and no delay in the prosecution of this matter will result by this withdrawal.

WHEREFORE, for good cause shown Jesse L. Young request entry of an order withdrawing him as counsel for Plaintiffs regarding this matter.

Dated: January 30, 2018          Respectfully Submitted,

*/s/ Jesse L. Young*
Jesse L. Young (*admitted pro hac vice*)
jyoung@sommerspc.com
Jason J. Thompson (*admitted pro hac vice*)
jthompson@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

*Counsel for Plaintiffs and Proposed Class and Collective Members*

Trenton R. Kashima
trk@classactionlaw.com
FINKELSTEIN & KRINSK, LLP
550 West C St., Suite 1760
San Diego, CA 92101
Telephone: (619) 238-1333

*Local Counsel*

James Hawkins, SBN 192925
james@jameshawkinsaplc.com
Gregory Mauro SBN 222239
greg@jameshawkinsaplc.com
JAMES HAWKINS, APLC
9880 Research Drive, Suite 200
Irvine, CA. 92618
Tel: 949-387-7200

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jesse L. Young*
Jesse L. Young