UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TYRELL GLASS**, **DUSTIN SCHNATZ**, and **JORDAN TERRADO**, individually and on behalf of all other similarly situated,<br><br>　　　　Plaintiffs,<br>v.<br><br>**FMM ENTERPRISES, INC., GTPD ENTERPRISES, INC., CYNTHIA WALSH, RYAN MCAWEENEY, NEIL BILLOCK**, jointly and severally, as<br><br>　　　　Defendants. | Case No.: 17-cv-563-JAH-KSC |

**NOTICE TO CERTAIN CURRENT AND FORMER EMPLOYEES OF
FMM ENTERPRISES, INC. AND GTPD ENTERPRISES, INC.**

　　　As explained in more detail below, certain claims have been made in a lawsuit (the "Lawsuit") regarding wage and hours claims under California and federal law. This notice is directed to those certain current and former employees of FMM Enterprises, Inc. and GTPD Enterprises, Inc. who (1) have been previously solicited and contacted by FMM or GTPD by telephone, text or in person and (2) have not consented to be part of the Lawsuit. If you have not been contacted by FMM or GTPD, or if you have already consented to be part of the Lawsuit, this Notice is not directed to you and you should disregard it. This Notice does not require any action on your part.

**PLEASE NOTE THAT THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA HAS ORDERED THAT THIS COMMUNICATION BE PROVIDED TO CERTAIN CURRENT AND FORMER EMPLOYEES OF FMM ENTERPRISES, INC. AND GTPD ENTERPRISES, INC.**

**1.　　SUMMARY OF PLAINTIFFS' CLAIMS AND DEFENDANTS' DEFENSES**

　　**A.　　Plaintiffs' Claims and Potential Outcome if Plaintiffs Win.**

　　　The lawsuit filed by your fellow workers alleges that certain violations of your rights occurred for several years, including (1) failure to properly pay you for work performed off the clock and pay you overtime wages under California and Federal wage laws; (2) failure to provide you with meal and rest breaks under California law; (3) failure to provide you with proper pay records under California law; and (4) failure to pay wages owed on time, including upon termination of your employment with FMM.

If FMM is found liable for violating the law, they will have to pay you for unpaid work and overtime, and even penalties. For example:

- They will have to pay you for off-the-clock time – like pre shift meetings, time to boot up and shut down computers and you time on sales calls after your shift.
- Minimum wage for all weeks you did not earn enough money per hour to equal $10.50.
- Overtime at a rate of 150% or 200% of your pay rate for overtime hours worked each day and week.
- 30 working days of wages for not being paid all owed wages upon separation form FMM if you no longer work there.
- $50-$100 per pay period (up to a maximum of $4,000) for failing to provide a proper and accurate wage statement.
- Interest on unpaid wages.
- 1 hour of wages for each missed rest period and for each missed lunch break.
- Attorneys' fees and costs related to the litigation.

If the case is certified as a class action, you will not have to hire your own lawyer; your wage claims will be included in the lawsuit; and if successful, you will share in any payment of unpaid wages and penalties FMM is ordered to pay, including payment of attorneys' fees and costs of the lawsuit awarded under the law. Any class settlement will also be reviewed by the court to ensure it is fair and reasonable to protect you.

### B. Defendants' Defenses and Potential Outcome if Defendants Win.

Defendants deny all liability. First, Defendants Walsh, McAweeney and Billock deny they were employers of Plaintiffs, as Plaintiffs were employed by either FMM or GTPD. Second, FMM denies it employed GTPD's employees. Third, GTPD denies it employed FMM's employees. Fourth, all five Defendants deny that they jointly employed all Plaintiffs. Fifth, Defendants deny Plaintiffs' allegations that Defendants failed to correctly compensate employees or that they are liable to Plaintiffs for any claimed violation of California or federal law. Specifically, Defendants assert (1) Defendants paid for all work performed by all employees, did not require off-the-clock work, and paid all overtime wages under California and Federal wage laws; (2) provided Plaintiffs all meal and rest periods under California law, or reached agreement with Plaintiffs to receive pay in lieu of meal or rest breaks, and paid for all such missed meal and rest periods; (3) provided proper pay records under California law; and (4) paid Plaintiffs all wages owed on time, including upon termination of Plaintiffs employment with Defendants.

If Defendants win, then Defendants will not liable to Plaintiffs, and Defendants will not have to pay anything to Plaintiffs.

**2.      CORRECTIVE MEASURES ORDERED BY THE COURT**

There are important corrective measures the Court has ordered and that you should be aware of.

*First*, the Court has determined that the circumstances FMM used to contact you, their description of the lawsuit and your rights, and conditioning payment of a settlement check on their terms was coercive. FMM did not obtain Court authorization for the Disclosure of the lawsuit they gave you.

*Second*, as a potential class member, any future proposed settlement agreements or releases of claims will be provided to you in advance so that you have an opportunity to review the terms of the proposed settlement agreements or releases and/or seek advice from independent or Plaintiffs' counsel;

*Third*, all individuals who have been approached by Defendants and who have signed releases may have the opportunity to void any signed releases and participate in a class action, if or when the class is certified in this case. If you believe you were pressured in any way to accept the settlement offered by FMM and want to consult with an attorney to understand the lawsuit, your rights, and the settlement FMM offered you, you now have that opportunity.

*Fourth*, the law protects your right to accept or decline any settlement free form coercive action – either implied or actual – by FMM. You should know that FMM cannot take any adverse action against you if you decide not to accept their settlement offer. You do not have to sign witness declarations, such as the declarations FMM may have asked you to sign, in order to settle your wage claims.