UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRELL GLASS, DUSTIN SCHNATZ, and JORDAN TERRADO, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FMM ENTERPRISES, INC., EC LENDING, LLC, GTPD ENTERPRISES, INC., CYNTHIA WALSH, RYAN MCAWEENEY, NEIL BILLOCK, and DOES 1-10, jointly and severally, as<br><br>Defendants. | CASE NO.: 17cv563-JAH (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Having considered the Parties Joint Motion to Dismiss this Action in its Entirety, and with GOOD CAUSE APPEARING, the Court hereby **GRANTS** the Joint Motion and Orders the dismissal of this action in its entirety as follows:

1. As the parties have settled their claims in *Glass et al. v. FMM Enterprises, Inc. et al.*, No. 37-2018-00008551 (Cal. Supp.) and *Glass et al. v. FMM Enterprises, Inc. et al.*, No. 37-2018-00031250 (Cal. Supp.), the above entitled action against Defendants FMM ENTERPRISES, INC., EC

LENDING, LLC, GTPD ENTERPRISES, INC., CYNTHIA WALSH, RYAN MCAWEENEY, and NEIL BILLOCK is hereby **dismissed in its entirety** *with prejudice*.

**IT IS SO ORDERED.**

DATED:   January 13, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE